PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile

☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☑ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT  **Las Vegas**
DISTRICT OF NEVADA    Divisional Office

Name and Office of Person Furnishing Information on THIS FORM  **Ellenrose Jarmolowich**
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. **(702) 388-6336**

Name of Asst. U.S. Attorney (if assigned)  **JAMES J. GAETA**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Kyle Jaski ~ FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense | County

---

CASE NO. 2:25-cr-230-RFB-BNW

USA vs.

Defendant: SHAMAR TYRELL GARCIA

Address:

☐ Interpreter Required  Dialect

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

Birth Date    ☑ Male  ☐ Alien (if applicable)
☐ Female

JUL 30 2025

Social Security Number

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

### DEFENDANT

Issue: ☑ Warrant  ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☑ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts __1__

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|-----|------------------------------------|--------------------------------|----------|
| | 18 U.S.C. §§ 922(g)(1), 924(a)(8) | Possession of a Firearm by a Prohibited Person | 1 |
| | | | |
| | | | |
| | | | |
| | | | |